

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| DAVID CHAVIRA, | § | No. 08-15-00128-CR |
| Appellant, | § | Appeal from the |
| v. | § | 41st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20120D03609) |
|  | § |  |

## O R D E R

The Court GRANTS the State's third motion for extension of time to file the brief until **May 28, 2016**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's Attorney, prepare the State's brief and forward the same to this Court on or before May 28, 2016.

IT IS SO ORDERED this 15th day of April, 2016.


PER CURIAM


Before McClure, CJ, Rodriguez, and Hughes, JJ.